RICHARD DUDLEY v. STATE.

No. A-962.    Opinion Filed November 25, 1911.

Appeal from Adair County Court; B. W. Alberty, Judge.

Richard Dudley was convicted of violating the prohibitory law, and appeals. Reversed and remanded.

Wm. P. Harris, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Richard Dudley, was convicted at the October, 1910, term of the county court of Adair county, on a charge of having the unlawful possession of intoxicating liquors with intent to sell the same, and was adjudged to pay a fine of one hundred dollars, and be confined in the county jail for a period of sixty days. Following the rule laid down in the case of **Brooks Andrews v. State,** infra, decided at the present term of court, this cause is reversed and remanded, with directions to the trial court to grant a new trial.

---

C. C. FLINCHUM v. STATE.

No. A-880.    Opinion Filed November 25, 1911.

Appeal from District Court, Hughes County; John Caruthers, Judge.

C. C. Flinchum was convicted of grand larceny, and appeals. Appeal dismissed.

Walker & Fancher and Stuart, Cruce & Gilbert, for plaintiff in error.

Chas. West, Atty. Gen., Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the district court of Hughes county for the crime of grand larceny, committed by stealing a cow, the property of one Mrs. West, and was sentenced to serve a term of two years in the penitentiary. Judgment was entered and setnence pronounced on March 26th, 1910. To reverse this judgment an appeal was perfected; briefs filed and the cause submitted November 24th. On this day on behalf of the plaintiff in error there was filed a motion to dismiss the appeal and to direct the clerk of this court to immediately transmit the mandate. The appeal is therefore dismissed and the cause remanded to the district court of Hughes county with direction to enforce its judgment therein. Mandate to issue forthwith.